UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.2
Eastern Division

Marlin Kartom
                         Plaintiff,

v.                                                   Case No.: 1:08−cv−04578
                                                  Honorable Robert M. Dow Jr.

Affinity Direct, LLC
                         Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Tuesday, September 2, 2008:

      MINUTE entry before the Honorable Robert M. Dow, Jr: Parties to file a joint status report at least three business days before the initial status conference. Counsel for plaintiffs to notify all other parties of the Courts Order. The Courts review of this complaint indicates that it is appropriate to give this case expedited treatment. The parties are authorized to proceed with all discovery. Discovery ordered closed on 12/15/08. Plaintiffs are requested to serve this complaint in a manner to adhere to this expedited schedule. Plaintiffs are ordered to make a disclosure pursuant to Fed.R.Civ.P. 26(a) to defendant by 9/16/08. The parties are ordered to fully exhaust all settlement possibilities prior to the first status hearing. Status hearing set for 10/1/2008 at 09:00 AM.Mailed notice(tbk, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.